STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIGUEL ANGEL MARZAN BONILLA  
MAYRA BELEN DIAZ LAUREANO  

Case No. 10-06173-ESL  
Chapter 13  
Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

- Debtor [✓] Present [ ] Absent
- Joint Debtor [✓] Present [ ] Absent
- Attorney for Debtor [✓] Present [ ] Absent
- [ ] Pro-se
- [ ] Substitute _____

Date: August 11, 2010  
Time: 10:55 ___  Track: h/R  
[✓] This is debtor(s) ___ Bankruptcy filing.  
Liquidation Value: _____  
Creditors  
_____  
_____  
_____

### II. Oath Administered
[ ] Yes [✓] No

### III. Documents Filed/Provided

- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
- [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate

- [ ] DSO Recipient's information
- [ ] State Tax Returns _____ [ ] Returned
- [ ] Federal Tax Returns _____ [ ] Returned
- [ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting [ ] Closed  [ ] Not Held  [✓] Continued 09.09.10 at 8:00 am

### V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[ ] UNFAVORABLE

- [ ] Feasibility
- [ ] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
  - [ ] Missing   [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
  - [ ] Incomplete   [ ] Missing
  - [ ] Fails commitment period   [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
  - [ ] Missing   [ ] More than 180 days
  - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other:

- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
  - [ ] State - years _____
  - [ ] Federal - years _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIGUEL ANGEL MARZAN BONILLA  Case No. 10-06173-ESL
MAYRA BELEN DIAZ LAUREANO  Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

**VI. Plan** (Cont.)
Date: _____ Base $ 0.00  [ ] Filed  Evidence of Pmt shown: moneyorder 9748
Payments 0 made out of __/__ due.  [X] Not Filed  $900.- 08/10/10

**VII. Confirmation Hearing Date:** September, 22, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $1,000.00 = $2,000.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____  [ ] Amended S.O.F.A. _____
[ ] Insurance estimate _____  [ ] Amended plan
                                   [ ] Business Documents
[ ] Assumption/Rejection executory contract  [ ] Monthly reports for the months
[ ] Appraisal _____
[ ] State tax returns years _____  [ ] Public Liability Insurance
[ ] Federal tax returns years _____  [ ] Premises _____
[ ] Correct SS # (Form B21)  [ ] Vehicle(s) _____
    [ ] Debtor [ ] Joint debtor  [ ] Licenses issued by:
[ ] Other: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

Attorney states he has not filed plan because he needs more time to appraise financial condition of the debtors who operate a gas station. Reports that plan to be filed will pay claims in full with interest.

_____  Date: August 11, 2010
Trustee/Presiding Officer  (Rev.