IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL MARZAN BONILLA
MAYRA BELEN DIAZ LAUREANO

XXX-XX-9563
XXX-XX-4839

CASE NO. 10-06173 ESL
Chapter 13

FILED & ENTERED ON 09/28/2010

Debtor(s)

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Motion requesting entry of order directing debtors to file the required monthly operating reports, filed by Banco Bilbao Vizcaya Argentaria, docket #13.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of September, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA
BANCO BILBAO VIZCAYA ARGENTARIA