STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIGUEL ANGEL MARZAN BONILLA  Case No. 10-06173-ESL
MAYRA BELEN DIAZ LAUREANO    Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor            [✓] Present  [ ] Absent
Joint Debtor      [✓] Present  [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: October 07, 2010
Time: _____  Track: _____
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors
D. Melchor - First Bank
R. Herrera - BPPR
Migdalia Effre Crespo - BPPR
Commercio

### II. Oath Administered
[ ] Yes    [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns  06-09  [ ] Returned
[✓] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting    [ ] Closed    [ ] Not Held    [✓] Continued Oct 28 2010 at 1:00 PM

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing  [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
MIGUEL ANGEL MARZAN BONILLA          Case No. 10-06173-ESL
MAYRA BELEN DIAZ LAUREANO     Chapter 13     Attorney Name: JUAN O CALDERON LITHGOW*

VI. Plan     (Cont.)
Date: August, 11, 2010   Base $ 249,600.00  [X] Filed     Evidence of Pmt shown: _____
Payments _A_ made out of _A_ due.   [ ] Not Filed

VII. Confirmation Hearing Date: September, 22, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $1,000.00 = $2,000.00

IX. Documents to be provided w/in ___ days
[✓] Amended schedules → reflect correct value of mortgage pymt
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[✓] Appraisal comparables for prop. @ Atturiside Flamboya (see below)
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A.
[✓] Amended plan → replace WB for BPPR and arrears
[ ] Business Documents are $22,900 not $10,000.
[✓] Monthly reports for the months 6 months prior to petition and up to conf.
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS
(1) Debtors to meet with BPPR (Commercial) for payment plan of a secured debt of approximately $506,000 plus legal fees. BPPR has judgment.
(2) Joint debtor has an interest over residential property (father passed away) mother lives; 3 heirs property in Alt de Flamboya (4-2 bdr).
(3) Debtors will reach agmt to monthly pymts to BPPR commercial
(4) amend plan for direct pymts to BPPR (Commercial)

Trustee/Presiding Officer     Date: October 07, 2010     (Rev.