# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re:

MIGUEL ANGEL MARZAN BONILLA
MAYRA BELEN DIAZ LAUREANO
    Debtor(s)

Bankruptcy Case
No. 10-06173(ESL)

CHAPTER 13

## STIPULATION

**TO THE HONORABLE COURT:**

Come now, Banco Popular de Puerto Rico/WB (pursuant to Purchase & Assumption Agreement signed on 4-30-2010) ("BPPR") and debtors, through their respective undersigned counsels, and very respectfully state and stipulate as follows:

1. BPPR is the holder of a secured claim in the present case for $506,871.94.

2. The security for this claim consists of the following: Mortgage notes for $450,000 and $25,000, plus interest, secured with first and second mortgage over property in Santa Juanita, Bayamón, PR ("Finca" 32108).

3. The appearing parties have reached an agreement for payment of the aforementioned claim, which is as follows:

    a) Commencing on October 25, 2010, and for the following twenty four (24) months, debtors will make direct monthly payments to BPPR for $2600.

       b)    In the meantime, debtors will try to refinance the aforementioned property to pay BPPR's secured claim in full.

       c)    In the event debtors are not able to refinance their property within the 24 month period, no later than October 15, 2012, the appearing parties will meet to increase the present payment plan, as long as it does not affect debtors' compliance with the C-13 payment plan until its completion.

       d)    The pre-petition arrears for $42,702.94, will be paid through the Trustee.

4.    In the event debtors fail to make two (2) consecutive monthly payments to appearing creditor, BPPR will provide them with written notice of the arrears through their legal representation. If the arrears are not cured within fifteen (15) business days of receipt of notice by counsel, BPPR will request the dismissal or conversion of this case to Chapter 7. Also, a stipulation for lift of stay will be considered at such time.

5.    The purpose of this stipulation is to establish a repayment schedule of debtors' existing debt with BPPR, not to originate a new obligation towards the Bank.

6.    In the event the above captioned case is converted to Chapter 7, debtors consent to the lifting of the automatic stay in favor of BPPR. However, BPPR will not initiate foreclosure proceedings until the Chapter 7 Trustee has filed the corresponding Notice of Abandonment.

7. If this case is dismissed, BPPR may continue with this agreement subject to debtors' compliance. Otherwise, BPPR may modify or terminate it.

8. No delay or failure of BPPR in exercising its rights, power and privileges hereunder will be considered a waiver thereof.

9. The terms of this agreement shall bind the parties and their respective successors, privies and assigns.

10. This agreement does not it any way release or affect the obligation for parties who may be liable with debtors on this claim.

11. The appearing parties warrant that the terms and conditions set forth herein are reasonable under the circumstances and that they have acted in good faith in connection with the negotiations of this stipulation and in moving the Court for an Order approving the same.

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an Order approving this stipulation.

### NOTICE OF RESPONSE TIME

You are hereby notified of the filing of a **STIPULATION by BANCO POPULAR DE PUERTO RICO.** If within twenty one (21) days after service as evidenced by this certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for

Page 4

the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the stipulation will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY:** That the preceding document has been electronically filed with the Clerk of the Court, using the CM/ECF System. Notice has been sent electronically to attorney for debtors', Juan O. Calderón Lithgow, Esq., juan004@prtc.net; Alejandro Oliveras Rivera, Trustee, aorecf@ch13sju.com; UST, ustpregion21.hr.ecf@usdoj.gov; and by mail to the debtors, Miguel Angel Marzán Bonilla and Mayra Belén Díaz Laureano, Villa Rica Dev., AN 31 Evans Street, Bayamón, PR 00959; and other non/CEF participants included in the attached master address list.

Respectfully submitted on this 28th day of October, 2010.

_____  
JUAN O. CALDERÓN LITHGOW, ESQ.  
USDC-PR #  
Attorney for Debtors  
PO Box 1710  
Vega Baja PR 00694  
Tel. 787-858-5476  
Fax 787-858-5476  
juan004@prtc.net

_____  
MIGDALIA EFFIE GUASP, ESQ.  
USDC-PR #205203  
Banco Popular de PR  
Special Loans Department  
PO Box 362708  
San Juan PR 00936-2708  
Tel. 787-764-3983  
Fax 787-281-4140  
megbky@bppr.com

```
Label Matrix for local noticing        BANCO BILBAO VIZCAYA                   BANCO SANTANDER PR
0104-3                                 ANGEL M VAZQUEZ BAUZA                  RAMOS & BAGUE LAW OFFICE
Case 10-06173-ESL13                    PO BOX 191017                          PO BOX 306
District of Puerto Rico                SAN JUAN, PR 00919-1017                CAGUAS, PR 00726-0306
Old San Juan
Thu Oct 28 15:21:18 AST 2010

COOP. CIALES                           FIRSTBANK PUERTO RICO                  POPULAR AUTO
APARTADO 1438                          MELENDEZ PEREZ,DE DIEGO & JIMENEZ      EDGAR A VEGA RIVERA ESQ
CIALES, PR 00638-1438                  PO BOX 19328                           PO BOX 366818
                                       SAN JUAN, PR 00910 1328                SAN JUAN, PR 00936-6818


US Bankruptcy Court District of P.R.   ADVANCED COLLECTION SERVICES, INC.     AMERICAN EXPRESS
U.S. Post Office and Courthouse Building   PO BOX 364607                      PO BOX 1270
300 Recinto Sur Street, Room 109       SAN JUAN, PR 00936-4607                NEWARK, NJ 07101-1270
San Juan, PR 00901-1964


AMERICAN EXPRESS                       AMERICAN EXPRESS                       AMERICAN EXPRESS
PO BOX 29-7879                         c/o BCKET AND LEE LLP                  c/o BECKET AND LEE LLP
FORT LAUDERDALE, FL 33329-7879         PO BOX 3001                            PO BOX 3001
                                       MALVERN, PA 19355-0701                 MALVERN, PA 19355-0701


AMERICAN EXPRESS                       AT&T MOBILITY                          American Infosource Lp As Agent for
c/o BECKETT & LEE                      P.O. BOX 15067                         T Mobile/T-Mobile USA Inc
PO BOX 3001                            SAN JUAN, PR 00902-8567                PO Box 248848
MALVERN, PA 19355-0701                                                        Oklahoma City, OK 73124-8848


BANCO BILBAO VIZCAYA                   BANCO DE DESARROLLO                    BANCO POPULAR
PO BOX 364745                          PO BOX 2134                            PO BOX 713575
SAN JUAN, PR 00936-4745                SAN JUAN, PR 00922-2134                SAN JUAN, PR 00936-7077


BANCO POPULAR DE PUERTO RICO           BANCO POPULAR DE PUERTO RICO           BANCO SANTANDER
AS PURCHASING AGENT                    BANKRUPTCY DEPARTMENT                  PO BOX 191080
CONSUMER BANKRUPTCY UNIT               PO BOX 366818                          SAN JUAN, PR 00919-1080
PO BOX 1450                            SAN JUAN PR 00936-6818
MAYAGUEZ PR 00681-1450


BANK OF AMERICA                        Banco Santander  PR                    CHASE MANHATTAN BANK
PO BOX 17054                           c/o  Ramos & Bague Law Office          PO BOX 15548
WILMINGTON, DE 19850-7054              PO  BOX  306                           WILMINGTON, DE 19886-5548
                                       Caguas  PR   00726-0306


CICA COLLECTION                        CINGULAR WIRELESS                      CITIBANK INTERNATIONAL
PO BOX 12338                           PO BOX 192830                          PO BOX 8005
SAN JUAN, PR 00914-0338                SAN JUAN, PR 00919-2830                S HACKENSACK, NJ 07606


CITIFINANCIAL                          COLLECTION ADVISEMENT                  COMMOLOCO
P.O. BOX 71328                         PO BOX 195162                          PO BOX 41012
SAN JUAN, PR 00936-8428                SAN JUAN, PR 00919-5162                MINILLAS STATION
                                                                              SAN JUAN, PR 00940-1012
```

| | | |
|---|---|---|
| COOP A/C DE CIALES<br>PO BOX 1438<br>CIALES, PR 00638-1438 | COOP A/C JESUS OBRERO<br>PMB 159 HC-01 BOX 29030<br>CAGUAS, PR 00725-8900 | CRIM<br>LEGAL COUNSEL OFFICE<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 |
| Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 | DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 | DORAL BANK<br>PO BOX 195162<br>SAN JUAN, PR 00919-5162 |
| Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | FIA CARD SERVICES<br>PO BOX 26012<br>GREENSBORO, NC 27420-6012 | FIRST BANK<br>PO BOX 13817<br>SAN JUAN, PR 00908-3800 |
| FIRST BANK<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | FIRST REVENUE ASSUR<br>PO BOX 5818<br>DENVER, CO 80217-5818 | FIRSTBANK OF PUERTO RICO<br>BANKRUPTCY DIVISION<br>P.O. BOX 9146<br>SAN JUAN, P.R. 00908-0146 |
| Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | GC SERVICES<br>PO BOX 47455<br>JACKSONVILLE, FL 32247-7455 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GEMB / Old Navy<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | HOME DEPOT<br>PROCESSING CENTER<br>PO BOX 9101<br>DES MOINES, IA 50306-9101 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURE RM 912<br>MERC. PLAZA BLDG 27 1/2<br>SAN JUAN, PR 00918 |
| JOSE CANDELARIO LAJARA<br>COND VICK CENTER OFIC 407D<br>867 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00925-2102 | LCDA KRISTINA VIVONI<br>PO BOX 2134<br>SAN JUAN, PR 00922-2134 | LCDA SALLY D DELGADO<br>PO BOX 367054<br>SAN JUAN, PR 00936-7054 |
| MACYS/FDSB<br>MACY'S BANKRUPTCY<br>PO BOX 8053<br>MASON, OH 45040-8053 | NATIONWIDE COLLECTION<br>PO BOX 26314<br>LEHIGH VALLEY, PA 18002-6314 | POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 |
| POPULAR AUTO (POPULAR LEASING)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918-1814 |
| PRA Receivables Management LLC<br>As Agent Of Portfolio Recovery Assocs<br>PO Box 12914<br>Norfolk VA 23541-0914 | PREFERRED HOME SERV<br>PO BOX 4069<br>BAYAMON PR 00958-1069 | PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936-3508 |

| | | |
|---|---|---|
| PRTC<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | RONCOLI, BAERGA & ASSOC<br>PO BOX 33894<br>SAN JUAN, PR 00936-3894 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| SAMS CLUB<br>Att: BANKRUPTCY DEPARTMENT<br>PO BOX 105968<br>ATLANTA, GA 30348-5968 | SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | SHELL COMPANY (PR) LIMITED<br>BAYAMON, PR 00956 |
| T MOBILE<br>PO BOX 660252<br>DALLAS, TX 75266-0252 | UNIVERSAL FIDELITY LP<br>PO BOX 941911<br>HOUSTON, TX 77094-8911 | WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ PR 00681 1180 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | JUAN O CALDERON LITHGOW<br>JUAN O CALDERON LITHGOW LEGAL OFFIC<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | MAYRA BELEN DIAZ LAUREANO<br>VILLA RICA<br>CALLE EVANS AN 31<br>BAYAMON, PR 00959-4911 |
| MIGUEL ANGEL MARZAN BONILLA<br>VILLA RICA<br>CALLE EVANS AN 31<br>BAYAMON, PR 00959-4911 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PORTFOLIO RC
Attn: BANKRUPTCY
PO BOX 41067
NORFOLK, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BANCO BILBAO VIZCAYA<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | (u)FIRSTBANK PUERTO RICO, CREDITOR | (u)FIRTBANK PUERTO RICO |

End of Label Matrix
Mailable recipients    73
Bypassed recipients     3
Total                  76