IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL MARZAN BONILLA

MAYRA BELEN DIAZ LAUREANO

XXX-XX-9563

XXX-XX-4839

Debtor(s)

CASE NO. 10-06173 ESL

Chapter 13

FILED & ENTERED ON 11/30/2010

### ORDER APPROVING SETTLEMENT/STIPULATION

This case is before the Court upon the settlement agreement/stipulation filed by the debtor and Banco Popular de Puerto Rico /WB, docket entry #33.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30 day of November, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    JUAN O CALDERON LITHGOW
    ALEJANDRO OLIVERAS RIVERA
    MIGDALIA EFFIE GUASP