STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
MIGUEL ANGEL MARZAN BONILLA  Case No. 10-06173-ESL
MAYRA BELEN DIAZ LAUREANO    Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

## I. Appearances

Debtor              [✓] Present  [ ] Absent
Joint Debtor        [✓] Present  [ ] Absent
Attorney for Debtor [✓] Present  [ ] Absent
[ ] Pro-se
[ ] Substitute _Att. Calderon_

Date: December 02, 2010
Time: 4:35 PM   Track: ___
[✓] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: _T.B.D._
Creditors
_Herrera - BPPR_
_Melchor - 1st Bank_

## II. Oath Administered
[ ] Yes  [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued _1/20/11_ at _2:30 PM_

## V. Trustee's Report on Confirmation
         [ ] FAVORABLE
         [ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[✓] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[✓] No provision for secured creditor(s)
    _Popular Aut_
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income
    [✓] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIGUEL ANGEL MARZAN BONILLA  Case No. 10-06173-ESL

MAYRA BELEN DIAZ LAUREANO  Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

VI. Plan (Cont.)
  Date: August, 11, 2010   Base $ 249,600.00  [X] Filed   Evidence of Pmt shown: _____
  Payments 4 made out of 4 due.   [ ] Not Filed

VII. Confirmation Hearing Date: September, 22, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $1,000.00 = $2,000.00

IX. Documents to be provided w/in ____ days

[/] Amended schedules _____
[\] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[/] Business Documents
   [/] Monthly reports for the months
      6 months prior up to
      confirmation - file w/
      the court

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____     *last continuance*

COMMENTS

(1) Some of the documents were submitted today. However, debtors failed to file amended plan & schedules as requested prior meeting of creditors - October 28, 2010.
(2) Counsel will meet with debtor's accountant in order to prepare MOR's.

Trustee/Presiding Officer                                Date: December 02, 2010
                                                              (Rev.