ALEJANDRO OLIVERAS RIVERA, ESQ.
CHAPTET 13 TRUSTEE

**MONTHLY REPORT FOR BUSINESS (D/B/A)**

FOR THE PERIOD BEGINNING: 01-Jan-2010　　　　AND ENDING ON: 31-Jan-2010
NAME OF DEBTOR: MIGUEL A MARZAN BONILLA/MAYRA B DIAZ LAUR　CASE NUMBER: BK10-6173
DATE OF PETITION: JULY 10, 2010
All items must be answered. Any which do not apply should be answered none or N/A

| | | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | | $0.00 | |
| B. | RECEIPTS: | | | |
| | 1. Cash Sales  *See attached breakdown of cash sales | | $98,177.43 | |
| | Less: Cash | | $0.00 | |
| | Net Cash Sales | | $98,177.43 | |
| | 2. Collection on Pospetition A/R | | | |
| | 3. Collection on Prepetitions A/R | | | |
| | 4. Other Receipts | | $0.00 | |
| C. | TOTAL RECEIPTS | | $98,177.43 | |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | | $98,177.43 | |
| E. | DISBURSEMENTS | | | |
| | 1. Net Payroll | | $7,925.00 | |
| | 2. Payroll Taxes Paid | | $300.00 | |
| | 3. Sales and Use Taxes | | $0.00 | |
| | 4. Other Taxes | | $0.00 | |
| | 5. Rent  *Loan by WesternBank, now BPPR. Original amount $450,000.00 | | $1,500.00 | |
| | 6. Other Leases ( Attach details) | | $0.00 | |
| | 7. Telephone | | $0.00 | |
| | 8. Utilities  electricity & water | | $2,600.00 | |
| | 9. Travel and Transportation | | $50.00 | |
| | 10. Vehicle Yearly Inspection Cost (stickers & tax) | | $438.84 x | |
| | 11. Office Supplies  *stationary | | $50.00 | |
| | 12. Advertising | | $50.00 | |
| | 13. Insurance  (package included in business loan) | | $0.00 | |
| | 14. Purchases of Fixed Assets (Attach details) | | $500.00 | |
| | 15. Oil change expenses | | $2,641.34 x | |
| | 16. Miscellaneous sales  (Purchase of supplies ) | | $17,893.34 x | |
| | 17. Repairs and Maintenance | | $0.00 | |
| | 18. Gas Purchase | | $67,200.88 x | |
| | 19. Other Operating Expenses ( Attach details) | | $0.00 | |
| F. | TOTAL CASH DISBURSEMENTS  (sum of sub-items in E) | | $101,149.40 | |
| G. | ENDING CASH BALANCE  (Line D-Line F) | | -$2,971.97 | |
| H. | ENDING CASH BALANCE (THIS PERIOD)  (Line C-Line F) | | -$2,971.97 | |
| I. | OTHER INCOME | | | |
| | 1. Salaries and comisions | | $0.00 | |
| | 2. Interests and dividends | | $0.00 | |
| | 3. Rent | | | |
| | 4. Other  Spouse income................................ | | $0.00 | |
| | SUB-TOTAL (OTHER INCOME) | | $0.00 | |
| J. | TOTAL AVAILABLE INCOME  (Line D+Other Income) | | $98,177.43 | |
| K. | PERSONAL EXPENSES  detailed in Schedule J | | | |
| | 1. Personal expenses  *Total personal expenses as per Sch J | | $4,600.00 | |
| | 2. State Taxes  *See business operation expenses above | | $0.00 | |
| | 3. Other Taxes | | $0.00 | |
| | 4. Utilities | | $0.00 | |
| | 5. Mortgage/Rent | | $0.00 | |
| | 6. Insurance Premiums (Package included in business loan-item ) | | $0.00 | |
| | 7. Food | | $0.00 | |
| | 8. Medical/Dental | | $0.00 | |

| | | | |
|---|---|---|---|
| 9. | Loan Payments (Attach detailed statement for vehicle) | $0.00 | |
| 10. | Transportation (Attach detailed statement) | $0.00 | |
| 11. | Clothing | $0.00 | |
| 12. | Gift and Donations | $0.00 | |
| 13. | Loan payments prior to filing bankruptc | $0.00 | |
| 14. | Chapter Trustee Monthly Payment | $0.00 | |
| 15. | Other (Attach detailed statement) | $0.00 | |
| L. | TOTAL PERSONAL DISBURSEMENTS | $4,600.00 | $0.00 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) (Line J- F - L) | -$7,571.97 | $0.00 |

I (We) declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my (our) knowledge and belief.

S/ MIGUEL ANGEL MARZAN BONILLA                    20-Jan-11
Signature of Debtor                                                  Date

MIGUEL ANGEL MARZAN BONILLA
Print Name

S/ MAYRA BELEN DIAZ LAUREANO                    20-Jan-11
Signature of Joint Debtor                                          Date

MAYRA BELEN DIAZ LAUREANO
Print Name