ALEJANDRO OLIVERAS RIVERA, ESQ.
CHAPTET 13 TRUSTEE

**MONTHLY REPORT FOR BUSINESS (D/B/A)**

FOR THE PERIOD BEGINNING: 01-Mar-2010   AND ENDING ON: 31-Mar-2010
NAME OF DEBTOR: MIGUEL A MARZAN BONILLA/MAYRA B DIAZ LAUR   CASE NUMBER: BK10-6173
DATE OF PETITION: JULY 10, 2010

All items must be answered. Any which do not apply should be answered none or N/A

| | | | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | | | -$20,278.09 | |
| B. | RECEIPTS: | | | | |
| | 1. | Cash Sales | *See attached breakdown of cash sales | $131,903.99 | |
| | | Less: | Cash | $0.00 | $0.00 |
| | | Net Cash Sales | | $131,903.99 | $0.00 |
| | 2. | Collection on Pospetition A/R | | | |
| | 3. | Collection on Prepetitions A/R | | | |
| | 4. | Other Receipts | | $0.00 | |
| C. | TOTAL RECEIPTS | | | $131,903.99 | $0.00 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | | | $111,625.90 | $0.00 |
| E. | DISBURSEMENTS | | | | |
| | 1. | Net Payroll | | $7,925.00 | |
| | 2. | Payroll Taxes Paid | | $300.00 | |
| | 3. | Sales and Use Taxes | | $300.00 | |
| | 4. | Other Taxes | | $0.00 | |
| | 5. | Rent | *Loan by WesternBank, now BPPR. Original amount $450,000.00 | $0.00 | |
| | 6. | Other Leases ( Attach details) | | $0.00 | |
| | 7. | Telephone | | $0.00 | |
| | 8. | Utilities | electricity & water | $1,900.00 | |
| | 9. | Travel and Transportation | | $50.00 | |
| | 10. | Vehicle Yearly Inspection Cost (stickers & tax) | | $227.16 x | |
| | 11. | Office Supplies | *stationary | $50.00 | |
| | 12. | Advertising | | $50.00 | |
| | 13. | Insurance | (package included in business loan) | $0.00 | |
| | 14. | Purchases of Fixed Assets (Attach details) | | $500.00 | |
| | 15. | Oil change expenses | | $4,298.04 x | |
| | 16. | Miscellaneous sales | (Purchase of supplies ) | $17,047.10 x | |
| | 17. | Repairs and Maintenance | | $500.00 | |
| | 18. | Gas Purchase | | $104,911.28 x | |
| | 19. | Other Operating Expenses ( Attach details) | | $60.00 | |
| F. | TOTAL CASH DISBURSEMENTS | (sum of sub-items in E) | | $138,118.58 | $0.00 |
| G. | ENDING CASH BALANCE | (Line D-Line F) | | -$26,492.68 | $0.00 |
| H. | ENDING CASH BALANCE (THIS PERIOD) | (Line C-Line F) | | -$6,214.59 | $0.00 |
| I. | OTHER INCOME | | | | |
| | 1. | Salaries and comisions | | $0.00 | |
| | 2. | Interests and dividends | | $0.00 | |
| | 3. | Rent | | | |
| | 4. | Other | Spouse income……………………………. | $0.00 | |
| | | SUB-TOTAL (OTHER INCOME) | | $0.00 | $0.00 |
| J. | TOTAL AVAILABLE INCOME | (Line D+Other Income) | | $111,625.90 | $0.00 |
| K. | PERSONAL EXPENSES | detailed in Schedule J | | | |
| | 1. | Personal expenses | *Total personal expenses as per Sch J | $4,600.00 | |
| | 2. | State Taxes | *See business operation expenses above | $0.00 | |
| | 3. | Other Taxes | | $0.00 | |
| | 4. | Utilities | | $0.00 | |
| | 5. | Mortgage/Rent | | $0.00 | |
| | 6. | Insurance Premiums (Package included in business loan-item ) | | $0.00 | |
| | 7. | Food | | $0.00 | |
| | 8. | Medical/Dental | | $0.00 | |

|   |   |   |   |
|---|---|---:|---:|
|   | 9. Loan Payments (Attach detailed statement for vehicle) | $0.00 |   |
|   | 10. Transportation (Attach detailed statement) | $0.00 |   |
|   | 11. Clothing | $0.00 |   |
|   | 12. Gift and Donations | $0.00 |   |
|   | 13. Loan payments prior to filing bankruptc | $0.00 |   |
|   | 14. Chapter Trustee Monthly Payment | $0.00 |   |
|   | 15. Other (Attach detailed statement) | $0.00 |   |
| L. | TOTAL PERSONAL DISBURSEMENTS | $4,600.00 | $0.00 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) (Line J- F - L) | -$31,092.68 | $0.00 |

    I (We) declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my (our) knowledge and belief.

S/ MIGUEL ANGEL MARZAN BONILLA            20-Jan-11
Signature of Debtor            Date

MIGUEL ANGEL MARZAN BONILLA
Print Name

S/ MAYRA BELEN DIAZ LAUREANO            20-Jan-11
Signature of Joint Debtor            Date

MAYRA BELEN DIAZ LAUREANO
Print Name