**MONTHLY REPORT FOR BUSINESS (D/B/A)**

FOR THE PERIOD BEGINNING: 01-Aug-2010     AND ENDING ON: 31-Aug-2010
NAME OF DEBTOR: MIGUEL A MARZAN BONILLA/MAYRA B DIAZ LAUR CASE NUMBER: BK10-6173
DATE OF PETITION: JULY 10, 2010

All items must be answered. Any which do not apply should be answered none or N/A

| | | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | | $0.00 | |
| B. | RECEIPTS: | | | |
| | 1. Cash Sales | *See attached breakdown of cash sales | $92,281.56 | |
| | Less: | Cash | $0.00 | $0.00 |
| | Net Cash Sales | | $92,281.56 | $0.00 |
| | 2. Collection on Pospetition A/R | | | |
| | 3. Collection on Prepetitions A/R | | | |
| | 4. Other Receipts | | $0.00 | |
| C. | TOTAL RECEIPTS | | $92,281.56 | $0.00 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | | $92,281.56 | $0.00 |
| E. | DISBURSEMENTS | | | |
| | 1. Net Payroll | | $7,925.00 | |
| | 2. Payroll Taxes Paid | | $300.00 | |
| | 3. Sales and Use Taxes | | $500.00 | |
| | 4. Other Taxes | | $1,000.00 | |
| | 5. Rent | *Loan by WesternBank, now BPPR. Original amount $450,000.00 | $1,900.00 | |
| | 6. Other Leases ( Attach details) | | $0.00 | |
| | 7. Telephone | | $0.00 | |
| | 8. Utilities electricity & water | | $1,500.00 | |
| | 9. Travel and Transportation | | $50.00 | |
| | 10. Vehicle Yearly Inspection Cost (stickers & tax) | | $412.20 x | |
| | 11. Office Supplies | *stationary | $50.00 | |
| | 12. Advertising | | $55.00 | |
| | 13. Insurance (package included in business loan) | | $0.00 | |
| | 14. Purchases of Fixed Assets (Attach details) | | $1,700.00 | |
| | 15. Oil change expenses | | $1,850.88 x | |
| | 16. Miscellaneous sales (Purchase of supplies ) | | $19,271.38 x | |
| | 17. Repairs and Maintenance | | $600.00 | |
| | 18. Gas Purchase | | $59,373.03 x | |
| | 19. Other Operating Expenses ( Attach details) | | $60.00 | |
| F. | TOTAL CASH DISBURSEMENTS | (sum of sub-items in E) | $88,622.49 | $0.00 |
| G. | ENDING CASH BALANCE | (Line D-Line F) | $3,659.07 | $0.00 |
| H. | ENDING CASH BALANCE (THIS PERIOD) | (Line C-Line F) | $3,659.07 | $0.00 |
| I. | OTHER INCOME | | | |
| | 1. Salaries and comisions | | $0.00 | |
| | 2. Interests and dividends | | $0.00 | |
| | 3. Rent | | $1,000.00 | |
| | 4. Other (Shell Company Contribution) | | $950.00 | |
| | SUB-TOTAL (OTHER INCOME) | | $1,950.00 | $0.00 |
| J. | TOTAL AVAILABLE INCOME | (Line D+Other Income) | $94,231.56 | $0.00 |
| K. | PERSONAL EXPENSES | detailed in Schedule J | | |
| | 1. Personal expenses | *Total personal expenses as per Sch J | $4,600.00 | |
| | 2. State Taxes | *See business operation expenses above | $0.00 | |
| | 3. Other Taxes | | $0.00 | |
| | 4. Utilities | | $0.00 | |
| | 5. Mortgage/Rent | | $0.00 | |
| | 6. Insurance Premiums (Package included in business loan-item ) | | $0.00 | |
| | 7. Food | | $0.00 | |
| | 8. Medical/Dental | | $0.00 | |

|  | | | |
|---|---|---|---|
| 9. | Loan Payments (Attach detailed statement for vehicle) | $0.00 | |
| 10. | Transportation (Attach detailed statement) | $0.00 | |
| 11. | Clothing | $0.00 | |
| 12. | Gift and Donations | $0.00 | |
| 13. | Loan payments prior to filing bankruptc | $0.00 | |
| 14. | Chapter Trustee Monthly Payment | $900.00 | |
| 15. | Other (Attach detailed statement) | $0.00 | |
| L. | TOTAL PERSONAL DISBURSEMENTS | $5,500.00 | $0.00 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD)        (Line J- F - L) | $109.07 | $0.00 |

I (We) declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my (our) knowledge and belief.

S/ MIGUEL  ANGEL MARZAN BONILLA _____                 _____ 20-Jan-11
Signature of Debtor                                                    Date

MIGUEL  ANGEL MARZAN BONILLA _____
Print Name

S/ MAYRA BELEN DIAZ LAUREANO _____                 _____ 20-Jan-11
Signature of Joint Debtor                                              Date

MAYRA BELEN DIAZ LAUREANO _____
Print Name