ALEJANDRO OLIVERAS RIVERA, ESQ.
CHAPTET 13 TRUSTEE

**MONTHLY REPORT FOR BUSINESS (D/B/A)**

FOR THE PERIOD BEGINNING: 01-Dec-2010  AND ENDING ON: 31-Dec-2010
NAME OF DEBTOR: MIGUEL A MARZAN BONILLA/MAYRA B DIAZ LAUR  CASE NUMBER: BK10-6173
DATE OF PETITION: JULY 10, 2010

All items must be answered. Any which do not apply should be answered none or N/A

| | | | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | | | -$33,581.30 | |
| B. | RECEIPTS: | | | | |
| | 1. | Cash Sales | *See attached breakdown of cash sales | $87,444.34 | |
| | | Less: | Cash | $0.00 | $0.00 |
| | | Net Cash Sales | | $87,444.34 | $0.00 |
| | 2. | Collection on Pospetition A/R | | | |
| | 3. | Collection on Prepetitions A/R | | | |
| | 4. | Other Receipts | | $0.00 | |
| C. | TOTAL RECEIPTS | | | $87,444.34 | $0.00 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | | | $53,863.04 | $0.00 |
| E. | DISBURSEMENTS | | | | |
| | 1. | Net Payroll | | $7,925.00 | |
| | 2. | Payroll Taxes Paid | | $300.00 | |
| | 3. | Sales and Use Taxes | | $0.00 | |
| | 4. | Other Taxes | | $0.00 | |
| | 5. | Rent | *Loan by WesternBank, now BPPR. Original amount $450,000.00 | $2,600.00 | |
| | 6. | Other Leases ( Attach details) | | $0.00 | |
| | 7. | Telephone | | $0.00 | |
| | 8. | Utilities electricity & water | | $1,000.00 | |
| | 9. | Travel and Transportation | | $50.00 | |
| | 10. | Vehicle Yearly Inspection Cost (stickers & tax) | | $364.86 x | |
| | 11. | Office Supplies *stationary | | $0.00 | |
| | 12. | Advertising | | $0.00 | |
| | 13. | Insurance (package included in business loan) | | $0.00 | |
| | 14. | Purchases of Fixed Assets (Attach details) | | $0.00 | |
| | 15. | Oil change expenses | | $1,564.42 x | |
| | 16. | Miscellaneous sales (Purchase of supplies ) | | $15,646.55 x | |
| | 17. | Repairs and Maintenance | | $0.00 | |
| | 18. | Gas Purchase | | $64,178.54 x | |
| | 19. | Other Operating Expenses ( Attach details) | | $60.00 | |
| F. | TOTAL CASH DISBURSEMENTS | (sum of sub-items in E) | | $93,689.37 | $0.00 |
| G. | ENDING CASH BALANCE | (Line D-Line F) | | -$39,826.33 | $0.00 |
| H. | ENDING CASH BALANCE (THIS PERIOD) | (Line C-Line F) | | -$6,245.03 | $0.00 |
| I. | OTHER INCOME | | | | |
| | 1. | Salaries and comisions | | $0.00 | |
| | 2. | Interests and dividends | | $0.00 | |
| | 3. | Rent | | $1,000.00 | |
| | 4. | Other (Shell Company Contribution) | | $950.00 | |
| | | SUB-TOTAL (OTHER INCOME) | | $1,950.00 | $0.00 |
| J. | TOTAL AVAILABLE INCOME | (Line D+Other Income) | | $55,813.04 | $0.00 |
| K. | PERSONAL EXPENSES | detailed in Schedule J | | | |
| | 1. | Personal expenses | *Total personal expenses as per Sch J | $4,600.00 | |
| | 2. | State Taxes | *See business operation expenses above | $0.00 | |
| | 3. | Other Taxes | | $0.00 | |
| | 4. | Utilities | | $0.00 | |
| | 5. | Mortgage/Rent | | $0.00 | |
| | 6. | Insurance Premiums (Package included in business loan-item ) | | $0.00 | |
| | 7. | Food | | $0.00 | |
| | 8. | Medical/Dental | | $0.00 | |

|  |  |  |  |
|---|---|---|---|
| 9. | Loan Payments (Attach detailed statement for vehicle) | $0.00 | |
| 10. | Transportation (Attach detailed statement) | $0.00 | |
| 11. | Clothing | $0.00 | |
| 12. | Gift and Donations | $0.00 | |
| 13. | Loan payments prior to filing bankruptc | $0.00 | |
| 14. | Chapter Trustee Monthly Payment | $900.00 | |
| 15. | Other (Attach detailed statement) | $0.00 | |
| L. | TOTAL PERSONAL DISBURSEMENTS | $5,500.00 | $0.00 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD)   (Line J- F - L) | -$43,376.33 | $0.00 |

    I (We) declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my (our) knowledge and belief.

S/ MIGUEL ANGEL MARZAN BONILLA           20-Jan-11
Signature of Debtor           Date

MIGUEL ANGEL MARZAN BONILLA
Print Name

S/ MAYRA BELEN DIAZ LAUREANO           20-Jan-11
Signature of Joint Debtor           Date

MAYRA BELEN DIAZ LAUREANO
Print Name