In re **MIGUEL ANGEL MARZAN BONILLA,**
      **MAYRA BELEN DIAZ LAUREANO**                                   Case No. **10-06173**
                                                                                         Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **COOP A/C JESUS OBRERO** <br> PMB 159 HC-01 BOX 29030 <br> CAGUAS, PR 00725-8900 | **UNKNOWN** |
| **POPULAR AUTO** <br> PO BOX 15011 <br> SAN JUAN, PR 00902-8511 | **LEASE FRELATED TO A VEHICLE DODGE DURANGO** |
| **SHELL COMPANY (PR) LIMITED** <br> BAYAMON, PR 00956 | **CONTRACT TO PROVIDE GAS TO GAS SERVICE STATION** |

   **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# United States Bankruptcy Court
## District of Puerto Rico

In re: **MIGUEL ANGEL MARZAN BONILLA**
**MAYRA BELEN DIAZ LAUREANO**
Debtor(s)

Case No. **10-06173**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 20, 2011**   Signature **/s/ MIGUEL ANGEL MARZAN BONILLA**
**MIGUEL ANGEL MARZAN BONILLA**
Debtor

Date **January 20, 2011**   Signature **/s/ MAYRA BELEN DIAZ LAUREANO**
**MAYRA BELEN DIAZ LAUREANO**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.