STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
MIGUEL ANGEL MARZAN BONILLA            Case No. 10-06173-ESL
MAYRA BELEN DIAZ LAUREANO    Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor           [✓] Present  [ ] Absent
Joint Debtor     [✓] Present  [ ] Absent
Attorney for Debtor [✓] Present  [ ] Absent
[ ] Pro-se
[ ] Substitute  Att. Calderón

Date: March 03, 2011
Time: 2:30 PM    Track: _____
[✓] This is debtor(s) / Bankruptcy filing.
Liquidation Value: _____
Creditors  Herrera - BPR

### II. Oath Administered
[ ] Yes    [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued  4/14/11  at  8:00 AM

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded  to pay 100 + 6 %.
[ ] Unfair discrimination
[✓] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete  [ ] Missing
    [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing  [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
MIGUEL ANGEL MARZAN BONILLA
MAYRA BELEN DIAZ LAUREANO

Case No. 10-06173-ESL
Chapter 13
Attorney Name: JUAN O CALDERON LITHGOW*

VI. Plan (Cont.)
Date: January, 20, 2011    Base $ 173,000.00   [X] Filed    Evidence of Pmt shown: _____
Payments 7 made out of 7 due.   [ ] Not Filed

VII. Confirmation Hearing Date: September, 22, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $1,000.00 = $2,000.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

1) File schedule J of business expenses - provide detail
2) Per MOR's → disposable income is negative. Pending January & Feb 2011
3) Provide evidence of lease agreement with Shell
→ Counsel for debtors will coordinate meeting with trustee to discuss case.

Trustee/Presiding Officer                                Date: March 03, 2011
                                                              (Rev.