## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

Miguel A. Marzan Bonilla
Mayra Belen Diaz Laureano
    Debtor(s)

---

Banco Santander PR

    Movant

Vs.
Miguel A. Marzan Bonilla
Mayra Belen Diaz Laureano

and Alejandro Oliveras Rivera,
Chapter 13 Trustee
as DEBTOR(S) TRUSTEE

    Respondent(s)

CASE NO. 10-06173 ESL

CHAPTER 13

(X) of acts against property
under 11 USC § 362 (d) (1)
"CAUSE"

### NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362

TO THE ABOVE NAMED RESPONDENT(S) Miguel A. Marzan Bonilla, Mayra Belen Diaz Laureano and Alejandro Oliveras Rivera:

You are hereby notified that on **MAY - 9 2011** the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

(Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **fourteen (14) days** from the service of this notice, and serve such answer upon movant or his attorney, **RAMOS & BAGUE LAW OFFICE**, whose address is Po Box 306, Caguas, PR 00726-0306, Tels: (787) 502-8037, Fax No. (787) 653-6003.

    **IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is file, then **JUN 0 7 2011**, at **9:00 AM** at the United States Bankruptcy Court, US Post Office & Court House Building, 300 Recinto Sur 2nd Floor, Court Room 2, Old San Juan, Puerto Rico is fixed as the time and place for the hearing on such motion.

Celestino Matta
Clerk of Court

MAY 10 2011    By: _____