IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

MIGUEL ANGEL MARZAN BONILLA
MAYRA BELEN DIAZ LAUREANO

Debtor(s)

Case No. **10-06173 ESL**

Chapter 13

**OPPOSITION TO DISMISSAL AS REQUESTED BY BBVA**

**TO THE HONORABLE COURT**:

The debtor, by means of the undersigned counsel, represents as follows:

1. Debtors have amended Schedules B and D in order to make the following corrections:

    a. On May 11, 2011 Banco Bilbao Vizcaya filed a motion to dismiss alleging that debtors had not made post-petition payments regarding a motorcycle financed by the secured creditor. In their claim number 20, the stated amount was $5,552.04 and arrears in the amount of $1,257.04 and additional charges of $567.58. In support of the claim, creditor attached an unreadable contract as per the terms of payments.

    b. The motorcycled was purchased at Benitez in Dorado and apparently the financing was arranged with BBVA. Payments were supposed to start in 4/30/2006 during 60 months with a maturity date in 4/2/2011. (Please refer to contracts attached)

    c. Debtors accumulated arrears before filing bankruptcy as specified in the claim, but the total amount claim is incorrect because from the date of filing in 7/10/2010 until the maturity date there were only 10 payments pending of $344.00 per month. The sum of all these payments total $3,440.00. We have made a break down of payments as illustration.

|   | month | payments | receipt # | Should have paid |
|---|---|---|---|---|
| 1 | 30-Jul-10 | $361.97 | | $344.00 |
| 2 | 30-Aug-10 | $361.97 | | $344.00 |
| 3 | 30-Sep-10 | $361.97 | | $344.00 |
| 4 | 10-Oct-10 | $361.97 | | $344.00 |
| 5 | 30-Nov-10 | $361.97 | | $344.00 |
| 6 | 30-Dec-10 | $723.94 | | $344.00 |
| 7 | 30-Jan-11 | $723.94 | | $344.00 |
| 8 | 28-Feb-11 | $344.00 | | $344.00 |
| 9 | 31-Mar-11 | | | $344.00 |
| 10 | 30-Apr-11 | | | $344.00 |
| | Totals | $3,601.73 | | $3,440.00 |

    d.      Debtors have shown the evidence attached of the payments they have made to cover all post-petition months. Therefore, there are no outstanding post-petition payments and the motion to dismiss is incorrect in this respect and also the balance claimed. What debtors owe is the pre-petition amount.

**WHEREFORE**, Debtors pray to the Honorable Court to take notice of the informed above and deny motion to dismiss as per the incorrect allegations made.

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been filed with the clerk of the court using CM/ECF which will notify the trustee and BBVA and all other appearing parties.

**RESPECTFULLY SUBMITTED** in Vega Baja, Puerto Rico, this June 1, 2011.

    s/ Juan O. Calderon Lithgow
**JUAN O. CALDERÓN LITHGOW**
Attorney for Debtor, 205607
P.O. Box 1710
Vega Baja, PR 00694-1710
Tel.: 858-5476

   

**PODER POR MAR Y TIERRA**

P.O. Box 963, Dorado, P.R. 00646
ZA-12, Urb. Riverview, Ave. Comerío,
Bayamón, P.R. 00961
Tel. (787) 798-4380 • Fax: 778-4870

## RESUMEN VENTA-FACTURACIÓN

**Fecha:** 3/31/2005
**Vendedor:** (illegible)

**Cliente:** FARIAN BONILLA, MIGUEL
**Términos:**

**Dirección Res.:** CJ EVANS AW-51 VILLA RICA BAYAMON, PR
**Zip Code:** 00954

**Dirección Postal:**
**Zip Code:** 00959
**Tel. Casa:** 7873267155
**Tel. Trab:** 7876401

**S.S.:** 582259568
**Lic.:** 1378291
Cliente recibe hoja garantía ☐ Sí ☐ No

| CANTIDAD | EQUIPO | MARCA | MODELO | COLOR | AÑO | NÚMERO FRAME |
|---|---|---|---|---|---|---|
| 1 | Motorcycle | SUZUKI | VZR1800K5 | SILVER | 2005 | JS1VY51A952101843 |

**IMPORTE** .................... $ 16491.00
**Sub-Total** $
**Precio de Venta al Contado** ........... $ 16491.00
**Accesorios** .................... $ 00.00
**Tablilla y Seguro Comp.** ............ $

**TOTAL** $ 16491.00

**Pronto Pago en Efectivo** ............ $ 3194.25
**Cargo por Tablilla** ................. $ 225.00
**Pronto pago en Trade in** ............ $ 00.00
**Total Bienes tomados en cuenta** ..... $

**Balance Adeudado al Precio de Venta al Contado** ................. $ 12490.75

**Cargos o Derechos** ................ $
**Seguro - Single Interest** ............ $
**Balance de Principal** ............... $
**Cargo por Financiamiento** .......... $
**Balance Diferido** .................. $
.................. $ 12490.75
.................. $ ___ %

### DESCRIPCIÓN DEL TRADE IN

| Marca | Modelo | Año | Tab |
|---|---|---|---|
| | | | |

Número de Motor | Número de Frame

**FORMA DE PAGO:**

___ Pagos Mensuales de $ 260.22
___ Pagos Mensuales de $ ___
Comenzando en: 4/30/2005
Recibo Pronto No. ___ Cantidad $ ___
Recibo Balance No. ___ Cantidad $ ___

| | DETALLE | CTA. NO. | DR |
|---|---|---|---|
| VENTAS | Importe de Venta | 402 | |
| | Trade In | 105 | |
| | Tablilla | 60200-44 | |
| | Balance A/C | 10432 | |
| COSTO | Costo de Venta | 502 | |
| | Inventario | 105 | |

**Comprador:** X _____

**NOTA:** El Comprador expresamente garantiza que el equipo usado entregado a cuenta, si alguno, está libre de todo gravamen o contrato de venta, que la licencia del mismo debidamente endosado será entregada a la vendedora con el equipo. Se entiende que toda compra a plazos es mediante venta condicional y/o hipoteca sobre bienes. En caso de que el comprador exprese su opción por cierta financiadora particular para el financiamiento de esta venta, se le conceden 10 días de esta fecha para traer al vendedor, el importe de este balance y en caso de transcurrir dicho término sin pagado dicho balance, el vendedor quedará en libertad de utilizar cualquier entidad financiadora para cobrarse dicho balance. En tal caso se entiende actuación del vendedor, tiene la autorización expresa del comprador. El comprador ha evidenciado al vendedor ser mayor de edad. Todo equipo usado de acuerdo a la garantía estipulada por ley. En caso de tratarse de la compra de un equipo nuevo, el vendedor expresamente concede al comprador normal en equipos nuevos que concede la casa manufacturera cuya garantía es de conocimiento del comprador. Aunque esta orden este firmada vendedor, no obligará en forma alguna al vendedor, hasta tanto haya sido aprobada y firmada por uno de los oficiales de la casa. Esta orden o contrato de venta condicional correspondiente y/o el contrato de hipoteca sobre bienes muebles, si la venta es a plazos, contienen por escrito condiciones del negocio.

# BBVA

1738 Calle Amarillo
Río Piedras, PR 00926

## CONTRATO DE VENTA AL POR MENOR A PLAZOS
### (ACUERDO DE GRAVAMEN MOBILIARIO)

EL VENDEDOR: __Benitez Motorcycle Riverview 7A 12 Ave. Comerio Bayamon PR 00958__
NOMBRE COMPLETO — Dirección Completa del Negocio — Zip Code

Vende y hace la siguiente divulgación requerida por Ley Federal y el(los)

COMPRADOR(ES): __MIGUEL MARZAN BONILLA__
NOMBRE COMPLETO
__URBANIZACION VILLA RICA CALLE EVANS CASA AN-31 BAYAMON PR 00959__
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

Compra(n) y grava(n) la siguiente mercancía denominada "Vehículo" o "Propiedad"

NOMBRE COMPLETO
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

conforme a todos los términos y condiciones mencionados a continuación y al dorso de este Contrato. Para garantizar y asegurar el pago y cumplimiento total y a tiempo de todas las obligaciones contraídas por el COMPRADOR bajo este contrato y cualquier otro acuerdo futuro entre el COMPRADOR y el VENDEDOR, el COMPRADOR (incluye todos los compradores solidaria y mancomunadamente de ser más de uno) por valor recibido por este medio: (i) constituye a favor del VENDEDOR un gravamen mobiliario sobre el Vehículo descrito a continuación, el cual ha sido entregado al COMPRADOR a su entera satisfacción, (el "Vehículo") y sobre toda mejora, accesorio, accesiones, bienes o equipo incorporados o adheridos al Vehículo ("Mejoras"); y sobre cualquier otro bien o producto recibido por concepto de cualquier venta, cambio o disposición del Vehículo (incluyendo todo y cualquier pago bajo pólizas de seguro) ("Productos"); y sobre toda póliza de seguro y contrato de servicio para los cuales se incluya un cargo en este contrato ("Póliza de Seguro" y "Contrato de Servicio", según apliquen); y (ii) cede y traspasa a favor del VENDEDOR, hasta el monto del total insoluto bajo este contrato, toda cantidad que sea reembolsada por concepto de primas respecto a Pólizas de Seguros ("Reembolso de Primas de Seguro") así como por concepto de honorarios y otros pagos respecto a Contratos de Servicio ("Reembolso de Honorarios y Pagos") y a este efecto además constituye sobre toda dicha cantidad un gravamen a favor del VENDEDOR. EL VENDEDOR retiene los gravámenes aquí constituidos así como todo derecho e interés que aquí le es cedido y traspasado sobre todo y cualquier Reembolso de Primas de Seguro y sobre Reembolso de Honorarios y Pagos, hasta que EL COMPRADOR haya pagado y satisfecho todas sus obligaciones bajo este contrato. El Vehículo gravado es el siguiente:

| Año | Nuevo o Usado | Marca y Modelo | N°.Cilindros | Núm. de Identificación del Vehículo | Uso Principal |
|---|---|---|---|---|---|
| 2006 | Nuevo | SUZU VZR | 2 | JS1VY63A962101569 | Personal [X] Negocio [ ] |

[ ] Transmisión Manual Opcional   [ ] Ventanas Eléctricas   [ ] Guía Eléctrica Hidráulica (Power Steering)   [ ] Stereo   [X] 2 Puertas
[ ] Radio   [ ] Aire Acondicionado   [ ] Otro - Describa   [ ] 4 Puertas
[ ] Frenos de Fuerza (Power Brakes)   [ ] Transmisión Automática   [ ] Asientos Control Eléctrico

### TERMINOS DEL CONTRATO

EL VENDEDOR tiene intención de ceder este contrato al BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"). Si este contrato es cedido a BBVA puede que sea considerado como un acreedor bajo este contrato para propósito del "Truth-In-Lending Act". En caso de que este contrato sea cedido el término "VENDEDOR" en lo sucesivo incluirá al Cesionario "BBVA" y cualquier cesionario de éste y así cedido, el Cesionario tendrá todos los derechos, poderes y prerrogativas del VENDEDOR bajo el mismo. Este contrato comprende el contrato entero entre las partes.

1. PAGOS: EL COMPRADOR se compromete a pagar al VENDEDOR o cesionario ( el "Vendedor") todos los pagos establecidos en este contrato. Además:

   A. Por cada plazo que esté en morosidad por un periodo mayor de quince (15) días, el COMPRADOR pagará cinco porciento (5%) del plazo así vencido. Disponiéndose que toda cantidad de plazos impagos a la fecha de vencimiento continuará acumulando intereses hasta su pago total. EL COMPRADOR pagará al VENDEDOR inmediatamente toda cantidad de intereses así acumulada.
   B. En caso de que el Contrato sea referido a abogado para acción de reposesión de bienes muebles o para su cobro por vía judicial, el COMPRADOR pagará cincuenta dólares ($50.00) o el cinco porciento (5%) del balance de la deuda, lo que sea mayor, en concepto de honorarios de abogado. Si mediare una estipulación, el COMPRADOR pagará por dichos honorarios cincuenta dólares ($50.00) o el cinco porciento (5%) de las mensualidades vencidas y cobradas, la que sea mayor.
   C. Por cada cheque recibido en pago de cualquier cantidad y que sea devuelto el Comprador pagará un cargo de $10.00.
   D. EL COMPRADOR pagará los derechos de constitución, cesión y cancelación del gravamen mobiliario objeto de este Contrato y derechos requeridos por las agencias gubernamentales correspondientes.
   E. Las Costas y gastos incurridos de instarse una acción judicial en relación con este contrato, incluyendo, pero no limitado a, sellos de rentas internas, fianza judicial, costos de investigación y diligenciamiento, grúa, seguro, almacenamiento, posesión y conservación del Vehículo.
   F. EL COMPRADOR podrá hacer abonos a principal y saldos por adelantado. No se cobrarán intereses sobre la porción del principal pagado por adelantado.
   G. Todos los pagos requeridos por este contrato se harán o remitirán a la oficina principal del Departamento de Financiamiento de Automóviles de BBVA, localizada en la Calle Amarillo Núm. 1738, Río Piedras, Puerto Rico, 00926, o en cualquiera de sus sucursales localizadas en Puerto Rico.
2. EL COMPRADOR certifica que es mayor de edad y goza de la capacidad legal necesaria para otorgar de este contrato.
3. USO DE LA PROPIEDAD: EL COMPRADOR mantendrá el Vehículo libre de toda clase de reclamaciones y gravámenes y no cederá ni transferirá su interés en este Contrato, o en el Vehículo, ni sus derechos asociados a Pólizas de Seguros o Contratos de Servicio para los cuales se incluya algún cargo en este contrato, incluyendo su derecho a Reembolsos de Primas o a Reembolsos de Honorarios y Pagos, ni traspasará la posesión del Vehículo, excepto con el consentimiento escrito del VENDEDOR o Cesionario. La venta, traspaso o cesión del interés del VENDEDOR en el Vehículo o la propiedad gravada o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo. La venta, traspaso o cesión del interés del COMPRADOR en el Vehículo o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo, excepto si el COMPRADOR obtiene del VENDEDOR su consentimiento escrito a la sustitución del deudor. La transferencia del Vehículo o de la propiedad aquí gravada sin el previo consentimiento escrito del VENDEDOR no transferirá derecho alguno a favor del tercero. EL COMPRADOR se obliga a conservar el Vehículo en perfectas condiciones, con excepción del desgaste normal por uso y a cumplir con todas las leyes, reglamentos y órdenes de cuerpos gubernamentales aplicables. EL COMPRADOR pagará puntualmente todas las contribuciones, derechos de licencia, y cualquier otra obligación o penalidad impuesta por cualquier entidad gubernamental en relación con el Vehículo. El COMPRADOR no usará el Vehículo ilegal ni impropiamente, no lo alquilará ( a menos que así se consigne en este contrato) y no lo removerá de la jurisdicción del Estado Libre Asociado de Puerto Rico. EL VENDEDOR podrá a su opción, pagar cualquier cantidad a los fines de obtener la liberación del Vehículo o cualquier obligación y cualquier cantidad que fuere pagada a esos efectos por el VENDEDOR será reembolsada al VENDEDOR por el COMPRADOR inmediatamente que fuese requerido para ello con intereses al tipo contractual legal más alto. No hay garantía implícita de que el Vehículo sea propio para un propósito particular ("implied warranty of fitness for a particular purpose"), ni ninguna garantía expresa o implícita que se extienda más allá de la descripción del Vehículo en faz de este contrato, excepto las requeridas por el Código Civil de Puerto Rico y el Reglamento de Garantía en la venta de vehículos de motor, promulgado por el Departamento de Asuntos del Consumidor del Estado Libre Asociado de Puerto Rico.
4. INCUMPLIMIENTO: El tiempo es un factor esencial en este contrato. EL VENDEDOR

podrá acelerar el vencimiento de todo o parte del balance adeudado bajo este contrato y exigir el pago total de esa suma que será, al igual que todas las obligaciones del COMPRADOR bajo este contrato, líquida y exigible de inmediato sin más notificación al COMPRADOR ni a ninguna persona, sin protesto, presentación, demanda ni aviso, a todos los cuales se renuncia, en cualquiera de las siguientes circunstancias: (1) Cuando el COMPRADOR falte en el pago de tres plazos consecutivos; (2) cuando el COMPRADOR falte en el pago de uno o más plazos vencidos, si en dos o más ocasiones anteriores había dejado de pagar dos o más plazos consecutivos y en dichas ocasiones se había rehabilitado totalmente en el pago de los plazos vencidos; (3) cuando el COMPRADOR habiendo dejado de pagar uno o más plazos consecutivos, presente un pago parcial de la suma vencida y después de efectuar ese pago parcial continúe pagando los plazos futuros a su vencimiento, pero siga en mora con respecto al remanente de la suma vencida durante tres plazos consecutivos posteriores a la fecha en que efectuó el

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

### DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA

| | | |
|---|---|---|
| 1 | PRECIO DE VENTA AL CONTADO | $ |
| | Precio de Venta Accesorios | |
| | Otros | $ 14,695.00 |
| 2 | P R O N T O   P A G O | Pronto Pago en efectivo $ 2,204.25 (a) |
| | | Vehículo tomado a cuenta ( Trade- In ) 0 |
| | | Descripción Marca-Año-Modelo |
| | | Valor bruto acordado del vehículo $ 0.00 |
| | | Menos la cantidad adeudada de $ 0.00 |
| | | Valor Neto acordado del Vehículo tomado en cuenta $ 0.00 (b) |
| | | Bono ( Rebate ) $ 0.00 (c) |
| | | PRONTO PAGO TOTAL ( suma partidas a, b y c ) $ 2,204.25 |
| 3 | BALANCE ADEUDADO DEL PRECIO DE CONTADO | $ 12,490.75 |
| 4 | C A R G O S   P O R   D E R E C H O S | CANTIDADES PAGADAS A OTROS POR CUENTA SUYA |
| | | Licencia Seguro Obligatorio y ACAA $ (d) |
| | | Titulo / Traspaso $ 10.00 (e) |
| | | Declaración de Financiamiento, Cesión o Traspaso de Gravamen mobiliario Terminados ( Ley 28 del 17 de agosto de 1995 ) $ 10.00 (f) |
| | | Inscripción / Sellos $ 73.00 (g) |
| | | CARGOS POR DERECHOS ( suma partidas d, e, f y g ) Total $ 93.50 |
| 5 | SEGUROS / CONTRATOS DE SERVICIOS ( Véase divulgaciones adicional anejada) | $ 3,474.00 |
| 6 | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA ( suma de partidas 3, 4 y 5 ) | $ 16,058.25 |

### DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"

| TASA DE PORCENTAJE ANUAL El costo anual de su crédito en términos porcentuales | CARGO POR FINANCIAMIENTO El costo de su crédito en dólares | BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA La cantidad de crédito que se le provee |
|---|---|---|
| 10.70 % | $ 4,719.05 | $ 16,058.25 |

| Balance Diferido (Total de Pagos) La cantidad que habrá pagado después de efectuar todos los pagos tal y como fueron programados | Precio de Venta Total El costo total de su compra a crédito incluyendo el pronto pago de $ 2,204.25 |
|---|---|
| $ 20,777.30 | $ 22,981.55 |

### PROGRAMA DE PAGOS

| Núm de Plazos | Cantidad del Pago | Vencimiento de los Plazos |
|---|---|---|
| | $ | En o antes del |
| 1 | $ 189.29 | Mensualmente comenzando el 04/30/2006 |
| 59 | $ 344.73 | Ultimo Pago 05/30/2006 |

Saldo por Anticipado: De usted saldar su deuda anticipadamente, podrá obtener un reembolso parcial del cargo por financiamiento. No se cobrará penalidad por saldo por anticipado.

Cargo por Demora: Se cobrará al COMPRADOR por cada plazo que esté en morosidad por un periodo mayor de 15 días, el 5% del importe del plazo.

Cheques o Pagos Devueltos: Se cobrará al Comprador por cada cheque o pago devuelto un cargo de $ 10.00.

Gravamen: A los efectos de garantizar el pago total de la obligación contraída por el COMPRADOR, el VENDEDOR tendrá un gravamen sobre el Vehículo, las Mejoras, Productos, Pólizas de Seguro, Contratos de Servicio, Reembolsos de Primas de Seguro y Reembolsos de Honorarios y Pagos, según definidos en este Contrato.

---

AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEIDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR, USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/ VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN NECESIDAD DE PROCEDIMIENTO JUDICIAL.

CONTRATO DE VENTA AL POR MENOR A PLAZOS

Suscrito hoy _____ de _____ marzo _____ 2006

en _____ Bayamon _____ Puerto Rico

X _____
Firma del Comprador



### AVISO

Todo cheque, giro, letra de cambio, acep[tación]
o cualesquiera otros documentos nego[ciables]
recibidos por esta institución y cuyo impo[rte sea]
abonado a la deuda del cliente, serán ace[ptados]
sujetos a que su montante sea satisfecho y r[ecibido]
por el mismo.

El sello del receptor de la institución e[videncia]
únicamente el recibo de un pago hecho en [la fecha]
que indica el sello y el recibo de un pa[go que]
acompaña a la hoja correspondiente a [un mes]
determinado no constituye admisión del r[ecibo de]
pagos anteriores.

### NOTICE

All checks, drafts, letters of exchange [and]
all other negotiable instruments receiv[ed by this]
institution to credit the amount thereof [to the]
obligations shall be credited subject to fin[al payment]
and to receipt of proceeds of final [payment.]

The stamp of the receiving teller evide[nces]
receipt of the payment made on the date [shown]
therefrom for the month shown on the pag[e to which]
the stamp is affixed and does not co[nstitute]
admission of the receipt of payments co[rresponding]
to earlier dates.

| NUM. DE CUENTA - ACCOUNT NO. | |
|---|---|
| 9611596648 | |
| VENCE EN - DUE ON | |
| JUL 30, 2010 | |
| NUM. DE PAGO - PAYMENT NO | |
| 52 | |
| BALANCE ANTES DEL PAGO BALANCE BEFORE PAYMENT | |
| CHEQUE NUM. CHECK NO. | TOTAL PAGADO AMOUNT PAID |
| | |



58671890178





NOTICE

All checks, drafts, letters of exchange, and other negotiable instruments received by this institution to credit the amount thereof to or in payment of obligations shall be credited subject to final payment and to receipt of proceeds of final payment. The stamp of any payment shown on this page or receipt or the receiving teller evidencing the stamp is affixed and does not constitute admission of the receipt of payments corresponding to earlier dates.

AVISO

Todo cheque, giro, letra de cambio, and/or cualesquiera otros documentos negociables recibidos por esta institución y cuyo importe se acredite a la deuda del cliente, serán acreditados a que su monto sea satisfecho y se reciba por el mismo. El sello del receptor de la institución, solamente el recibo de un pago hecho en la fecha que indica el sello y el recibo de un pago, que acompaña a la hoja correspondiente a tal determinado no constituye admisión del recibo de pagos anteriores.

96115966648
VENCE EL · DUE ON
SEP 30, 2010
NUM. DE PAGO · PAYMENT NO
54
SALDO ANTES DEL PAGO
BALANCE BEFORE PAYMENT

CHEQUE N°
1147  $736.49
TOTAL PAGADO
AMOUNT PAID

ck Enviado correo

**AVISO**

Todo cheque, giro, letra de cambio, acep[illegible] o cualesquiera otros documentos negoc[illegible] recibidos por esta Institución y cuyo impor[illegible] abonado a la deuda del cliente, serán ace[illegible] sujetos a que su montante sea satisfecho y r[illegible] por el mismo.

El sello del receptor de la Institución e[illegible] únicamente el recibo de un pago hecho en [illegible] que indica el sello y el recibo de un pa[illegible] acompañe a la hoja correspondiente a [illegible] determinado no constituye admisión del re[illegible] pagos anteriores.

**NOTICE**

All checks, drafts, letters of exchange, [illegible] all other negotiable instruments receive[illegible] institution to credit the amount thereof to [illegible] obligations shall be credited subject to fina[illegible] and to receipt of proceeds of final [illegible]

The stamp of the receiving teller eviden[illegible] receipt of the payment made on the date [illegible] therefrom for the month shown on the page [illegible] the stamp is affixed and does not con[illegible] admission of the receipt of payments corre[illegible] to earlier dates.

| NUM. DE CUENTA - *ACCOUNT NO.* | |
|---|---|
| 9611596648 | |
| VENCE EN - *DUE ON* | |
| OCT 30, 2010 | |
| NUM. DE PAGO - *PAYMENT NO.* | |
| 55 | |
| BALANCE ANTES DEL PAGO *BALANCE BEFORE PAYMENT* | |
| Buzón Cued 7/11 | |
| CHEQUE NUM. *CHECK NO.* | TOTAL PAGADO *AMOUNT PAID* |
| ck 1155 | 361.97 |

cobrado

(2) pago
$723.94

## AVISO

Todo cheque, giro, letra de cambio, acep
o cualesquiera otros documentos negoci
recibidos por esta Institución y cuyo import
abonado a la deuda del cliente, serán acep
sujetos a que su montante sea satisfecho y re
por el mismo.

El sello del receptor de la Institución evid
únicamente el recibo de un pago hecho en la
que indica el sello y el recibo de un pag
acompañe a la hoja correspondiente a u
determinado no constituye admisión del rec
pagos anteriores.

## NOTICE

All checks, drafts, letters of exchange, a
all other negotiable instruments received
Institution to credit the amount thereof to d
obligations shall be credited subject to final p
and to receipt of proceeds of final pa

The stamp of the receiving teller evidenc
receipt of the payment made on the date ap
therefrom for the month shown on the page o
the stamp is affixed and does not consti
admission of the receipt of payments corresp
to earlier dates.

| | |
|---|---|
| NUM. DE CUENTA - *ACCOUNT NO.* | 9611596648 |
| VENCE EN - *DUE ON* | NOV 30, 2010 |
| NUM. DE PAGO - *PAYMENT NO.* | 56 |
| BALANCE ANTES DEL PAGO *BALANCE BEFORE PAYMENT* | Bufoi Enero/7/11 |
| CHEQUE NUM. *CHECK NO.* | 1155 |
| TOTAL PAGADO *AMOUNT PAID* | 341.97 |

Cobrado

ck ② pagos 723.94 oct/nov

...RECIBO PARA SUS ARCHIVOS

## AVISO

Todo cheque, giro, letra de cambio, acep
o cualesquiera otros documentos negoc
recibidos por esta Institución y cuyo impor
abonado a la deuda del cliente, serán ace
sujetos a que su montante sea satisfecho y
por el mismo.
El sello del receptor de la Institución ev
únicamente el recibo de un pago hecho en l
que indica el sello y el recibo de un pa
acompañe a la hoja correspondiente a
determinado no constituye admisión del re
pagos anteriores.

## NOTICE

All checks, drafts, letters of exchange,
all other negotiable instruments receive
Institution to credit the amount thereof to
obligations shall be credited subject to final
and to receipt of proceeds of final pa
The stamp of the receiving teller eviden
receipt of the payment made on the date a
therefrom for the month shown on the page
the stamp is affixed and does not const
admission of the receipt of payments corres
to earlier dates.

NUM. DE CUENTA - *ACCOUNT NO.*

9611596648

| VENCE EL - DUE ON | NUM. DE PAGO - PAYMENT NO. | BALANCE ANTES DEL PAGO - BALANCE BEFORE PAYMENT | CHEQUE NUM. - CHECK NO. | TOTAL PAGADO - AMOUNT PAID |
|---|---|---|---|---|
| DEC 30, 2010 | 57 | | 1121 | 723.84 |

BBVA PR
MAR U 2011
FRONT 1

Cobrado

